UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21–cv–23348- BLOOM/Otazo-Reyes

JOAN FORTUN

     Plaintiff,

v.

IAERO THRUST LLC.,

     Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, JOAN FORTUN, and Defendant, IAERO THRUST LLC., hereby give notice that the Parties have reached a settlement in this matter. To provide sufficient time to address open items and finalize settlement related documents, the Parties request that they be relieved from any remaining deadlines in this matter, and that this matter be removed from the trial calendar.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that August 24, 2022, the foregoing document was filed with the

Clerk of Court by using the eFiling portal:

        /s/ *Elvis J. Adan*

Elvis J. Adan, Esq.
Florida Bar No.: 24223
Gallardo Law Office, P.A.
8492 SW 8th Street
Miami, Florida 33144
(305) 261-7000
(786) 527-3242
elvis.adan@gallardolawyers.com