**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-23348-BLOOM/Otazo-Reyes**

JOAN FORTUN,

      Plaintiff,

v.

IAERO THRUST LLC.,

      Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

      **THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [38], filed on August 24, 2022, indicating that the parties have reached a settlement of the claims in this case.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on August 24, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record